1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA
11
12 MICHAEL KEARNS,    ) Case No. CV 12-7613 SVW (MRW)
13     Petitioner,  )
14    vs.     ) JUDGMENT
15 LINDA SANDERS, Warden, )
16     Respondent. )
17 _____ )
18
19   Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,
20
21   IT IS ADJUDGED that the petition is denied and this action is dismissed
without prejudice.
22
23 DATE: June 18, 2013
             _____
24            HON. STEPHEN V. WILSON
            UNITED STATES DISTRICT JUDGE
25
26
27
28